IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **MYRON W. LOCKEY, JR.** § | | **PLAINTIFF** |
| § | | |
| v. § | | **CAUSE NO. 1:11CV70 LG-RHW** |
| § | | |
| **CMRE FINANCIAL SERVICES, INC.** § | | **DEFENDANT** |

## JUDGMENT

This matter having come on to be heard on the Motion to Dismiss or for Summary Judgment filed by Defendant CMRE Financial Services, Inc., the Court, after a full review and consideration of the Motion, pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendant CMRE Financial Services, Inc., pursuant to Fed. R. Civ. P. 56.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant CMRE Financial Services, Inc. is entitled to reasonable attorney's fees in connection with the Mississippi Consumer Protection Act claim.

**SO ORDERED AND ADJUDGED** this the 20th day of July, 2011.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE